DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**JOHN PHILBIN,** as next friend to minor, K.P., and **KAROLINA CSIKOS,**
as personal representative of the estate of minor, B.S.,
Appellants,

v.

**UBER TECHNOLOGIES, INC.** and **JOHN DRIVER,**
Appellees.

No. 4D2023-0727

[July 11, 2024]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; James Nutt, Judge; L.T. Case No. 502021CA012968AO.

Peter Ticktin and Michael Vater of The Ticktin Law Group, Deerfield Beach, for appellants.

Abbi Freifeld Carr and Veresa Jones Adams of Roig Lawyers, Deerfield Beach, for appellee Uber Technologies, Inc.

PER CURIAM.

*Affirmed.*

WARNER, GERBER and KUNTZ, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***